UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG – 3 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  S1 – 4:22 CR 403 HEA DDN ) |
| GREGREONIA HAMPTON, | ) ) ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Linda Lane, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.  Defendant is charged with aiding and abetting interference of commerce by threats or violence, in violation of Title 18, United States Code, Sections 2 and 1951 and aiding and abetting possession of and brandishing of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Sections 2 and 924(c).

2.  Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3. On May 31, 2022, the St. Louis County Police Department received a 911 call at approximately 10:20 A.M. from ATM Solutions employee reporting that she and her co-worker, were just robbed. The two employees were servicing the Automated Teller Machine (ATM) at the Vantage Federal Credit Union located at 11654 West Florissant Avenue, St. Louis, Missouri, 63033, within the Eastern District of Missouri when a white sedan pulled up and Mark Diggs exited the rear of the vehicle pointing an AR-15 style rifle at the employees. Diggs yelled "Throw me the bag." The employees threw the money bag containing approximately $217,500 in U.S. currency to Diggs. Diggs took the bag and retreated into the back seat of a white sedan. The white sedan then drove away. Hampton has been identified as the driver of the vehicle.

4. On July 14, 2022, FBI agents executed a federal search warrant and arrest of Diggs at his residence. In coordination with the arrest of Diggs St. Louis Metropolitan Police Department (SLMPD) officers were conducting surveillance at Hampton's address. While conducting surveillance of the residence, officers observed a white Chrysler 300, believed to belong to Hampton, emerge from behind the apartment building and depart the area. The vehicle fled the area at a high rate of speed, running multiple red lights. SLMPD officers did not pursue the Chrysler 300.

5. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, the nature and seriousness of the offense and the potential sentence that the defendant is facing warrant dentition pending trial.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, as there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community, the Government requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Linda R. Lane*
LINDA R. LANE, #AT00114511A
Assistant United States Attorney